UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH GIGANTI, | CIV. NO. 12-996 (SRN/JSM) |
| Plaintiff, | ORDER |
| v. | |
| BENJAMIN RICE, JR., et.al., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 11, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge and upon all files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss or for Summary Judgment is GRANTED.

2. Plaintiff's lawsuit is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 1, 2013

s/Susan Richard Nelson
Susan Richard Nelson
United States District Court